**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:19-CV-692-MOC-WCM**

| | |
|---|---|
| **CAROLYN MAYS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **ORDER** |
| | ) |
| **ANDREW SAUL,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

 **THIS MATTER** is before the court on Plaintiff's Consent Motion for Fees Under the Equal Access to Justice Act ("EAJA") (#19).  Plaintiff filed a timely Motion for Fees under the EAJA, 28 U.S.C. § 2412, on December 1, 2020, in the amount of $5,125.00, in full and final settlement of all claims arising under the EAJA.

**ORDER**

 **IT IS, THEREFORE, ORDERED** that the Motion for Fees Under the EAJA (#19) is **GRANTED.**  The United States Social Security Administration shall pay attorney's fees in the amount of $5,125.00 in full satisfaction of any and all attorney's fee claims Plaintiff may have in this case under the EAJA.  Pursuant to the United States Supreme Court's ruling in <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521 (2010), these attorney's fees are payable to Plaintiff as the prevailing party, and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the government.  If, subsequent to the entry of the Court's EAJA Order, the Commissioner determines that Plaintiff owes no debt to the government that would subject this award of attorney fees to offset, the Commissioner may honor Plaintiff's signed assignment of EAJA fees providing for payment of the subject fees to Plaintiff's counsel, rather

than to Plaintiff. Such payment will be made by check payable to Plaintiff's counsel, Charlotte Hall, and mailed to her office at P.O. Box 58129, Raleigh, North Carolina 27658.

If, however, the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address noted above.

Signed: December 10, 2020

Max O. Cogburn Jr.
United States District Judge